IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN JEFFREY WRIGHT,

　　　　Appellant,

 v.

Case No.  5D22-2865
LT Case No. 2015-CF-714

STATE OF FLORIDA,

　　　　Appellee.

_____/

Decision filed February 14, 2023

3.850 Appeal from the Circuit Court
for Citrus County,
Joel Fritton, Judge.

John Jeffrey Wright, Chipley, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

　　　AFFIRMED.

EVANDER, EDWARDS and HARRIS, JJ., concur.